United States Courts
Southern District of Texas
FILED
September 23, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **CRIMINAL NO.:** **4:25-cr-0496** |
| v. | § § | 18 U.S.C. 641: |
| **ANTHONY HARBOUR** Defendant. | § § § § | Theft of Government Property (Counts 1 - 20) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNTS ONE - TWENTY
### (Theft of Government Property: 18. U.S.C. § 641)

On or about the dates listed in the table below, within the Southern District of Texas,

**ANTHONY J. HARBOUR**

defendant herein, willfully and knowingly did embezzle, steal, purloin, and knowingly convert to his own use and the use of others money of the United States, namely Social Security retirement benefits erroneously directed to Bernice Harbour, who died on January 23, 2007, which funds the defendant was not entitled to receive.

| COUNT | ON or ABOUT DATE | AMOUNT |
|---|---|---|
| 1 | July 1, 2021 | $1,059.00 |
| 2 | August 1, 2021 | $1,059.00 |
| 3 | September 1, 2021 | $1,059.00 |
| 4 | October 1, 2021 | $1,059.00 |

| | | |
|---|---|---|
| 5 | November 1, 2021 | $1,059.00 |
| 6 | December 1, 2021 | $1059.00 |
| 7 | January 1, 2022 | $1,108.00 |
| 8 | February 1, 2022 | $1,108.00 |
| 9 | March 1, 2022 | $1,108.00 |
| 10 | April 1, 2022 | $1108.00 |
| 11 | May 1, 2022 | $1,108.00 |
| 12 | June 1, 2022 | $1,108.00 |
| 13 | July 1, 2022 | $1,108.00 |
| 14 | August 1, 2022 | $1,108.00 |
| 15 | September 1, 2022 | $1,108.00 |
| 16 | October 1, 2022 | $1,108.00 |
| 17 | November 1, 2022 | $1,108.00 |
| 18 | December 1, 2022 | $1,108.00 |
| 19 | January 1, 2023 | $1,225.00 |
| 20 | February 1, 2023 | $1,225.00 |

## **NOTICE OF CRIMINAL FORFEITURE**

**(18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))**

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any theft of government property or related offenses charged

in this indictment, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any theft of government property or related offenses charged in this indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## **MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

**A TRUE BILL**

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: *Thomas H. Carter*
THOMAS H. CARTER
Assistant United States Attorney
Southern District of Texas